## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

United States of America,

               Plaintiff,                       Case 3:21-PO-005

     -vs-                                Magistrate Judge Caroline Gentry

NAVCHIT BHULLAR

               Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under the Influence of Alcohol and/or Drugs (Count 1), in violation of O.R.C., §4511.19(A)(1)(a), of the Information is hereby AMENDED to charge Being in Physical Control of a Motor Vehicle while Under the Influence of Alcohol, a violation of O.R.C. §4511.194(B).  Counts 2-5 are dismissed.

IT IS SO ORDERED.

Date: May 25, 2023

_____
United States Magistrate Judge

_____
Assistant United States Attorney